## MATTER OF CONSOLIDATED RUBBER TIRE COMPANY, PETITIONER.

### MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF PROHIBITION.

#### Original.   Submitted April 5, 1909.—Decided April 12, 1909.

Leave to file petition for writ of prohibition to prohibit the United States Circuit Court from retaining jurisdiction of a case, denied.

An action for infringement of patent rights was commenced in the Circuit Court of the United States for the Southern District of New York by one William A. Ferguson, whose citizenship is not disclosed, against the petitioner, a corporation of New Jersey, on patents alleged to have been assigned to the plaintiff by the Reilloc Tyre Company, a British corporation.

The petitioner (defendant in that action) moved to dismiss on the ground that the court did not have jurisdiction of the parties. That motion having been denied, it submitted its petition to this court for a writ of prohibition, contending that the assignee, whose citizenship does not appear, of a cause of action which accrued to an alien, cannot maintain an action

thereon in a Federal court in a district other than that whereof defendant is an inhabitant.

*Mr. Charles W. Stapleton* for petitioner.

*Per Curiam:* Motion for leave to file petition for writ of prohibition denied.